PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBERS (Tran. Court)

0977 1:17CR00077-1

DOCKET NUMBER (Rec. Court)

6:20-cr-543-MC

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| John Henry Schneider | District of Montana | Billings |

NAME OF SENTENCING JUDGE

Susan P. Watters,   U. S. District Court Judge

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/30/2020 | TO 10/29/2023 |
|---|---|---|

OFFENSE
Title and Section
18:152(1) -   Concealment of Bankruptcy Assets

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **District of Montana**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Oregon** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12-17-2020
Date

/s/ Susan P. Watters
United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **District of Oregon**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised release be accepted and assumed by this Court from and after the entry of this order.

12/21/2020
Effective Date

s/Michael J. McShane
United States District Court Judge