**SCOTT ERIK ASPHAUG, OSB #833674**
Acting United States Attorney
District of Oregon
**JESSIE D. YOUNG, OSB #135246**
Assistant United States Attorney
jessie.young@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1003
    Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 6:20-CR-00543-MC |
| **Plaintiff,** | CERTIFICATION OF SERVICE OF DOCUMENTS ON JUDGMENT DEBTOR |
| v. | |
| **JOHN SCHNEIDER,** | |
| **Defendant.** | |
| a n d | |
| **EDWARD JONES,** | |
| **Garnishee.** | |

    The United States of America, the judgment creditor herein, hereby certifies that a copy of the Writ of Continuing Garnishment, along with the initial Clerk's Notice to Judgment Debtor, was sent to the judgment debtor by certified mail on this date at 5995 El Mar Court, Lincoln City, OR

97367, and service was made upon the garnishee via FedEx and Certified Mail on May 4, 2021, at Edward Jones, c/o CT Corporation, 780 Commercial Street SE #100, Salem, OR 97301.

Dated this 6th day of May, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney


 /s/ Jessie D. Young
JESSIE D. YOUNG, OSB #135246
Assistant United States Attorney