UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF OREGON
WAYNE L. MORSE U.S. COURTHOUSE
405 EAST EIGHTH AVENUE, SUITE 2100
EUGENE, OR 97401

OFFICIAL BUSINESS



FILED 17 JUN '21 10:22 USDC-ORE





$0.51
US POSTAGE
FIRST-CLASS
PITNEY BOWES
9052394893
ZIP 97401
SP508040586

John Henry Schneider
5995 El Mar Court
Lincoln City  OR  97367

NIXIE        971   CE 1        0106/16/21
                 RETURN TO SENDER
                      VACANT
                 UNABLE TO FORWARD

9400922929166180     VAC    BC: 97401271225    *1529-05317-11-41

## U.S. District Court

## District of Oregon

### Notice of Electronic Filing

The following transaction was entered on 6/11/2021 at 12:06 PM PDT and filed on 6/11/2021
**Case Name:** USA v. Schneider
**Case Number:** 6:20-cr-00543-MC
**Filer:**
**Document Number:** 17(No document attached)

**Docket Text:**
**Scheduling Order as to John Henry Schneider: Based upon the request of the government, the Oral Argument set for 6/21/2021 is reset for 6/24/2021 at 11:00AM in Eugene by video conference before Judge Michael J. McShane. The parties are to use the previously emailed video conference link provided by the Court. Ordered by Judge Michael J. McShane. (cp)**

**6:20-cr-00543-MC-1 Notice has been electronically mailed to:**

Jessie Young    jessie.young@usdoj.gov, melissa.stewart@usdoj.gov

**6:20-cr-00543-MC-1 Notice will not be electronically mailed to:**

John Henry Schneider(Terminated)
5995 El Mar Court
Lincoln City, OR 97367

### Notice of Electronic Filing

The following transaction was entered on 6/11/2021 at 11:54 AM PDT and filed on 6/11/2021
**Case Name:** USA v. Schneider
**Case Number:** 6:20-cr-00543-MC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Access information for 6/21/2021 hearing by video. Link: https://join.uc.uscourts.gov/invited.sf?secret=Wxob0I9qqB7gFzKgwvivJw&id=679829035; Telephone Number: 571-353-2300; Conference ID: 679-829-035#; Access Code: 1977#. Note: Do not use a speaker phone. Speak slowly, clearly, and do not talk over someone who is already speaking. Mute the microphone when not speaking. If dropped from the conference, please rejoin the conference and state your name after reconnecting. For complete conference connection instructions and etiquette guidelines, refer to ord.uscourts.gov/cms. (cp)**

**6:20-cr-00543-MC-1 Notice has been electronically mailed to:**

Jessie Young    jessie.young@usdoj.gov, melissa.stewart@usdoj.gov

**6:20-cr-00543-MC-1 Notice will not be electronically mailed to:**

U.S. District Court
District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 6/11/2021 at 11:50 AM PDT and filed on 6/11/2021
**Case Name:**     USA v. Schneider
**Case Number:**     6:20-cr-00543-MC
**Filer:**
**Document Number:** 16(No document attached)

**Docket Text:**
**Scheduling Order as to John Henry Schneider: Based upon the request of the government, the Oral Argument regarding the Writ of Garnishment set for 6/21/2021 at 11:00AM in Eugene will be by video conference before Judge Michael J. McShane. The Court will provide the parties with the video conference link by separate email. Ordered by Judge Michael J. McShane. (cp)**

**6:20-cr-00543-MC-1 Notice has been electronically mailed to:**

Jessie Young    jessie.young@usdoj.gov, melissa.stewart@usdoj.gov

**6:20-cr-00543-MC-1 Notice will not be electronically mailed to:**

John Henry Schneider(Terminated)
5995 El Mar Court
Lincoln City, OR 97367

**Notice of Electronic Filing**

The following transaction was entered on 6/11/2021 at 11:54 AM PDT and filed on 6/11/2021
**Case Name:**     USA v. Schneider
**Case Number:**     6:20-cr-00543-MC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Access information for 6/21/2021 hearing by video. Link: https://join.uc.uscourts.gov/invited.sf?secret=Wxob0l9qqB7gFzKgwvivJw&id=679 829035; Telephone Number: 571-353-2300; Conference ID: 679-829-035#; Access Code: 1977#. Note: Do not use a speaker phone. Speak slowly, clearly, and do not talk over someone who is already speaking. Mute the microphone when not speaking. If dropped from the conference, please rejoin the conference and state your name after reconnecting. For complete conference connection instructions and etiquette guidelines, refer to ord.uscourts.gov/cms. (cp)**

**6:20-cr-00543-MC-1 Notice has been electronically mailed to:**

Jessie Young    jessie.young@usdoj.gov, melissa.stewart@usdoj.gov

**6:20-cr-00543-MC-1 Notice will not be electronically mailed to:**

U.S. District Court

District of Oregon

**Notice of Electronic Filing**

The following transaction was entered on 6/11/2021 at 11:41 AM PDT and filed on 6/11/2021
**Case Name:**        USA v. Schneider
**Case Number:**      6:20-cr-00543-MC
**Filer:**
**Document Number:** 15(No document attached)

**Docket Text:**
**Scheduling Order as to John Henry Schneider: Based upon the schedule of the Court, the Oral Argument set for 6/18/2021 is reset for 6/21/2021 at 11:00AM in Eugene Courtroom 2 before Judge Michael J. McShane. Ordered by Judge Michael J. McShane. (Copy mailed to pro se Defendant) (cp)**


**6:20-cr-00543-MC-1 Notice has been electronically mailed to:**

Jessie Young    jessie.young@usdoj.gov, melissa.stewart@usdoj.gov

**6:20-cr-00543-MC-1 Notice will not be electronically mailed to:**

John Henry Schneider(Terminated)
5995 El Mar Court
Lincoln City, OR 97367

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 6/11/2021 at 11:37 AM PDT and filed on 6/11/2021
**Case Name:**     USA v. Schneider
**Case Number:**   6:20-cr-00543-MC
**Filer:**
**Document Number:** 14(No document attached)

**Docket Text:**
**Scheduling Order as to John Henry Schneider: Oral Argument regarding Writ of Garnishment is set for 6/18/2021 at 10:00AM in Eugene Courtroom 2 before Judge Michael J. McShane. Ordered by Judge Michael J. McShane. (Copy mailed to pro se defendant on 6/11/2021) (cp)**


**6:20-cr-00543-MC-1 Notice has been electronically mailed to:**

Jessie Young    jessie.young@usdoj.gov, melissa.stewart@usdoj.gov

**6:20-cr-00543-MC-1 Notice will not be electronically mailed to:**

John Henry Schneider(Terminated)
5995 El Mar Court
Lincoln City, OR 97367