6.24.2021

To: Courtroom Deputy
The Honorable Michael J. McShane
United States District Court for the District of Oregon
Wayne L. Morse United States Courthouse
405 E. 8th Avenue, Room 2100
Eugene, OR 97401
p. 541-431-4105


From: John Henry Schneider

Please change my mailing address on file to:


John H Schneider
P.O. Box 495
Gleneden Beach 9738

Thank you,

John H Schneider, MD MS-ADR
schneiderjohnh@gmail.com
760-908-8638

Schweder
PO Box 495
Gleneden Beach
97388

PORTLAND OR 972
24 JUN 2021 PM 2 L


Equality
FOREVER

Courtroom Deputy
Honorable Michael McShane
US District Court of Oregon
Wayne L Morse Courthouse
405 E 8th Ave    Room 2100
Eugene, OR  97401

97401-271225