ORDER

Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of

supervised release in this case and discharges John H Schneider for the reasons set forth above.

Dated: _____

 

_____
Judge Michael J. McShane
United States Federal Court,
District of Oregon