Collection Office: **USAO**  Collection District: **OR**  Last Name: **Schneider**  First Name: **John**  CDCS Number: **2018A59851**  Court Number: **CR 17-77 BLG**
Collect Type: **6**  Priority Code: **02**  Scheduled Payment Amount:  Scheduled Payment Date:  Current Liability: **$0.00**

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000073 | PMNT | 02/05/2021 | CL | A | JOHN HENRY SCHNEIDER | | 013674 | | 02/10/2021 | $250.00 |
| 000081 | PMNT | 03/08/2021 | CL | A | JOHN HENRY SCHNEIDER | | 013709 | | 03/16/2021 | $250.00 |
| 000085 | PMNT | 04/01/2021 | CL | A | JOHN HENRY SCHNEIDER | | 013737 | | 04/07/2021 | $250.00 |
| 000091 | PMNT | 07/28/2021 | CL | A | JOHN HENRY SCHNEIDER | | 013897 | | 07/30/2021 | $750.00 |
| 000104 | PMNT | 09/15/2021 | CL | A | JOHN HENRY SCHNEIDER | | 094955 | | 09/17/2021 | $286,885.88 |
| Grand Total | | | | | | | | | | $288,385.88 |

# DIVE MASTER CERTIFICATION

## with

## Professional Association of Diving Instructors (PADI)



Federal Courts

9/23/21

Your Honor;

I am writing this letter in support of John H. Schneider's upcoming probation hearing. I first met John in August of 1983 when we were seated together in our learning lab at the University of Southern California School of Medicine. It was assigned seating and our first day and John and I became fast friends. We supported each other through the rigors and trials of medical school. Even as we entered our residencies at the same place we had on several occasions to work together. John as a Neurosurgeon and myself as an Anesthesiologist. These were extremely trying times for both of us but we persevered. Even as we moved to different states to enter into our private practices we stayed close. I am very familiar with John's legal proceedings and the aftermath in prison. I won't try to defend him on this or that outcome. He has accepted his fate without rancor or bitterness as I have. John has moved on albeit not as a Neurosurgeon -which was everything to him. John, I feel, considers himself very fortunate. He has an extremely loving and supportive wife and three wonderful adult children. He is highly motivated, exceedingly intelligent with a strong work ethic. He is pursuing several avenues to enrich his life such as obtaining an advanced degree in SCUBA diving. My personal feeling is that John has paid his debt to society and deserves to have his probationary period shortened. I only hope the judge will realize that John has been and will continue to be a benefit to society.

Regards,

Roland C. Sharp, MD
150 Tamalpais Court Aptos, Calif. 95003
831 334-7746

9/24/2021

To: The Federal Courts

From: Lisa Shaurette, RN
Missoula Montana Hospital System

Re: Letter of support for defendant John Henry Schneider, MD MS-ADR

Sirs,

I am a health care professional and have known Dr Schneider over 20 years. His service to our region as a neurosurgeon was essential and appreciated. His unfortunate experience with the legal side of the healthcare and federal system did not diminish his contribution to patient care in rural areas of Montana and Wyoming.

Over the last several months, our organization, severely stressed by the Covid 19 epidemic has seen healthcare workers experience burn out and distress, with conflict arising to dangerous level. Dr Schneider's company and information provided as a Dispute Resolution Specialist in Healthcare (see http://provider-resolutions.com) continues to provide essential support to our staff. Dr Schneider's book – The Healthcare Practitioner's Guide to Conflict Resolution is invaluable for human resource specialists and medical staff. We are currently planning to engage Dr Schneider for his mediation skills for conflicts escalating above the level of our human resource department. In this stressful time, we have found Dr John H Schneider's expertise, compassion and commitment to the health and well-being of the Healthcare worker unique and refreshing. I hope this letter assist him with his current court proceedings.

Thank you,

*Lisa Shaurette, RN*

Lisa Shaurette, RN
5902 Mainview Dr
Missoula Montana
59803

9/2021

To: The Federal Courts

From: Jedidiah Gober
Coastal Breeze Construction

Re: Letter of support for defendant John Henry Schneider, MD MS-ADR

Sirs,

I am a business owner and neighbor of John and Michelle Schneider, living in Lincoln County Oregon. I have gotten to know John over this past year since he and his wife Michelle moved to our area. I have lived in Lincoln County for most of my adult life. John is one of the most mellow and generous people in our neighborhood. He has volunteered for several community local projects like cleaning up the beach and food drives for the families of sick covid patients. In addition, he helped me with my own business and personal disputes, and I understand he does this for doctors and nurses as his business. He never charged me, or anyone I know around here for his help or advice. I know he used to be a doctor and that he had trouble with the federal government financially. We all hope that has resolved as we count him as one of the local communities 'good guys'.

By the way, his wife is a delight and always seems happy so if John wasn't a good husband, I am sure Michelle would let us all know! Anyway, if there is anything else I can tell anybody that may be interested in John's actions and community spirit, please feel free to call me.

Thanks very much,

Jed Gober
541-574-5905