**SCOTT ERIK ASPHAUG, OSB #833674**
Acting United States Attorney
District of Oregon
**JESSIE D. YOUNG, OSB #135246**
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: 503-727-1003
Email: jessie.young@usdoj.gov
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:20-CR-00543-MC |
| Plaintiff, | |
| v. | UNITED STATES' RESPONSE TO DEFENDANT JOHN HENRY SCHNEIDER'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| JOHN HENRY SCHNEIDER, | |
| Defendant. | |

The United States of America ("Plaintiff" or "United States") hereby responds to defendant John Henry Schneider's motion for early termination of supervision. This case was transferred to the District of Oregon from the original District of Montana where the conviction occurred. While the United States does not oppose Mr. Schneider's motion for early termination, we would request Mr. Schneider continue supervision for half of his original term for the following reason. Mr. Schneider's case came to the attention of the Financial Litigation

Program when we learned he had more than adequate assets to satisfy his restitution obligation. Defendant has since satisfied his restitution obligation in full, however, it was due to a writ of garnishment action the United States brought before this Court. Had the garnishment action not been taken, we do not believe Mr. Schneider would have voluntarily satisfied his restitution with the current assets he has available.

For that reason alone, the United States would request Mr. Schneider's term of supervision be continued for at least another six months to monitor his financial obligations in Special Condition #1 and continue to be subject to Special Condition #3.

Dated this 28th day of October, 2021.

        Respectfully submitted,

        SCOTT ERIK ASPHAUG
        Acting United States Attorney

        */s/ Jessie D. Young*
        JESSIE D. YOUNG, OSB #135246
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2021, I have made service of the foregoing United States' Response to Defendant John Henry Schneider's Motion for Early Termination of Supervision herein by causing a true copy thereof, to be placed in an envelope with postage thereon prepaid, and deposited in the United States mail, according to established office procedures, within the offices of the United States Attorney addressed to:

    John Henry Schneider
    5995 El Mar Court
    Lincoln City, OR 97367

        Pro se, Defendant.

DATED this 28th day of October, 2021.

                */s/ Jessie D. Young*
                JESSIE D. YOUNG
                Assistant United States Attorney