# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO. 6:20CR00543-1 |
| vs. | ORDER GRANTING TERMINATION OF SUPERVISION PRIOR TO EXPIRATION DATE |
| John Henry Schneider | |
| **Defendant.** | |

**IT IS HEREBY ORDERED** that, in the interests of justice, the Court grants the petition and orders that defendant's term of supervision release be, and hereby is, terminated effective as of the date of this Order.

**DATED** this ___29th___ day of October, 2021,

                                         s/Michael J. Mcshane
                                       Michael J. McShane
                                       U.S. District Court Judge