UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                Plaintiff,              Case No. 6:20CR000543-01-MC

v.                                        ORDER TO TRANSFER FUNDS

JOHN HENRY SCHNEIDER

                Defendant.

     The defendant's case was transferred to Oregon from Montana on 12/21/2020. At that time, Montana was holding apportioned funds for victim Michael Green as an earlier disbursement to Mr. Green had been returned uncashed. Oregon suspended further payments to this victim as the address is no longer valid. The defendant has now paid the restitution in full and the Clerk of Court in Oregon is holding $12,507.95 in restitution and $927.61 in interest for victim Michael Green. The Victim Witness Unit performed additional research and sent an AO140 Address Change Form to what appeared to be a newer address for Mr. Green. This letter was returned to the VWU unopened. The location of the victim is unknown and research avenues for locating the victim have been exhausted.

     Accordingly, the Clerk of Court is hereby ordered to transfer funds of $12,507.95 from Restitution 6855XX and $927.61 from Interest 6855XX to Unclaimed Funds 613300 to be held on behalf of victim Michael Green.

     IT IS SO ORDERED.

     DATED 1/31/2023.

                                                s/ Michael J. McShane  
                                              Michael J. McShane  
                                              UNITED STATES DISTRICT JUDGE